IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONNA ALLSHOUSE, individually and
on behalf of all others similarly situated                                              PLAINTIFF

v.                                     Case No. 1:21-cv-1032

THE JOSHUA AGENCY, LLC,
and CORY JOHNSON                                                                      DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Stay Deadlines and Continue Trial Date. ECF No. 23. The parties state that they are "attempting to resolve this matter between themselves" and need additional time to negotiate an agreement. ECF No. 23. They move the Court to stay the unexpired deadlines in the final scheduling order for sixty (60) days and continue the trial. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the Joint Motion to Stay Deadlines and Continue Trial Date (ECF No. 23) is **GRANTED**. All unexpired deadlines in the Final Scheduling Order are **STAYED**. The trial of this matter, which is currently set for the week of February 6, 2023, is cancelled. If this matter has not been resolved by October 28, 2022, the parties shall file a joint status report to update the Court as to the status of the parties' negotiations.

**IT IS SO ORDERED**, this 12th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge